IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**REGIONS BANK**                                                                                  **PLAINTIFF**

**V.**                                                            **CAUSE NO. 1:10cv00417-HSO-JMR**

**STEPHEN W. BAKER**                                                                **DEFENDANT**

### FINAL DEFAULT JUDGMENT

This action came on for hearing on the Motion of Regions Bank ("Plaintiff") for a default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and Stephen W. Baker ("Defendant"), having been duly served with the Summons and Complaint and not being an infant or an unrepresented or incompetent person and having failed to plead or otherwise defend, and his default having been duly entered, and the Defendant having taken no proceedings since default was entered, this Court FINDS AS FOLLOWS:

1. This Court has subject matter jurisdiction over this action;

2. This Court has in personam jurisdiction over Defendant;

3. Venue is proper in this Court;

4. Service of process on Defendant was proper;

5. Defendant has failed to answer or otherwise defend within the time set out within the Federal Rules of Civil Procedure;

6. Defendant has made no appearance in this matter;

7. A proper entry of default has been made by the Clerk of this Court;

8. Defendant owes Plaintiff $311,333.47 in liquidated damages under that certain promissory note executed by Defendant to Plaintiff, plus pre-judgment interest

at the rate of 8% per annum and post-judgment interest at the rate of 0.22% per annum; and

9.    Plaintiff is entitled to $30,000 in attorney's fees from Defendant under that certain promissory note executed by Defendant to Plaintiff.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

(1) Plaintiff Regions Bank is granted JUDGMENT in its favor and shall recover from and against Defendant Stephen W. Baker in the amount of $311,333.47 in compensatory damages, $30,000 in attorney's fees, and $350 for costs of Court.

(2) The total amount of this JUDGMENT against Defendant Stephen W. Baker is for $341,683.47.

(3) Plaintiff Regions Bank shall be entitled to recover from and against Defendant Stephen W. Baker pre-judgment interest on all amounts due and owing under this Judgment at the rate of 8% from the date of the filing the Complaint, August 18, 2010, and post-judgment interest at a rate of 0.22% per annum from the date of this Judgment.

SO ORDERED, this the 18th day of October, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE